FILED
2017 Apr-20  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JOHN BOLUS**



**County:** 01     **Case Number:** CV-2016-904565.00     Court Action:

**Style:** ROBERT BAILEY V. VOYA FINANCIAL INC.

**Real Time**

## Case

### Case Information

| | | | | | | |
|---|---|---|---|---|---|---|
| County: | 01-JEFFERSON - BIRMINGHAM | Case Number: | CV-2016-904565.00 | Judge: | JJP:JAVAN J. PATTON | |
| Style: | ROBERT BAILEY V. VOYA FINANCIAL INC. | | | | | |
| Filed: | 12/08/2016 | Case Status: | ACTIVE | Case Type: | OTHER CV CASE | |
| Trial Type: | JURY | Track: | | Appellate Case: | 0 | |
| No of Plaintiffs: | 1 | No of Defendants: | 1 | | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:

Comment 2:

### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | |

### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | | Last Update: | 12/08/2016 | Updated By: | AJA |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - BAILEY ROBERT

#### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | BAILEY ROBERT | | | Type: | I-INDIVIDUAL |
| Index: | D VOYA FINANCI | Alt Name: | | Hardship: | No | JID: | HSL |
| Address 1: | C/O CAMPBELL GUIN LLC | | | Phone: | (205) 224-0744 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | **505 N 20TH ST, STE1600** | | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: | **35203-0000** | Country: | **US** |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | **M** | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | | Reissue Type: |
| Return: | | Return Type: | | Return: | | Return Type: |
| Served: | | Service Type | | Service On: | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | GUI023 | | GUIN JOHN CALDWELL | JOHN.GUIN@CAMPBELLGUIN.COM | (205) 224-0744 |
| Attorney 2 | CAM006 | | CAMPBELL ANDREW PHILLIP | ANDY.CAMPBELL@CAMPBELLGUIN.COM | (205) 224-0750 |

## Party 2 - Defendant BUSINESS - VOYA FINANCIAL INC.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **VOYA FINANCIAL INC.** | | | Type: | **B-BUSINESS** |
| Index: | **C BAILEY ROBER** | Alt Name: | | Hardship: | **No** | JID: | **JJP** |
| Address 1: | **THE CORP. TRUST CO.** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | **1209 ORANGE STREET** | | | | | | |
| City: | **WILMINGTON** | State: | **DE** | Zip: | **19801-0000** | Country: | **US** |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **12/08/2016** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **03/14/2017** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | **01/05/2017** | Return Type: | **U-UNDELIVERABLE** | Return: | **01/26/2017** | Return Type: **O-OTHER** |
| Served: | **03/21/2017** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | **03/09/2017** | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## *Financial*

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $0.00 | $22.59 | -$22.59 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $20.47 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $306.00 | $306.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $451.00 | $494.06 | -$43.06 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 12/08/2016 | CREDIT | CONV | 2017047 | 8441940 | $18.37 | C001 | 000 | | N | | | EDH |
| 12/08/2016 | RECEIPT | AOCC | 2017047 | 8441930 | $6.89 | C001 | 000 | | N | | | EDH |
| 12/08/2016 | RECEIPT | CV05 | 2017047 | 8441950 | $306.00 | C001 | 000 | | N | | | EDH |
| 12/08/2016 | RECEIPT | JDMD | 2017047 | 8441960 | $100.00 | C001 | 000 | | N | | | EDH |
| 12/08/2016 | RECEIPT | VADM | 2017047 | 8441970 | $45.00 | C001 | 000 | | N | | | EDH |
| 01/13/2017 | CREDIT | CONV | 2017071 | 8508400 | $1.05 | C001 | 000 | | N | | | EDH |
| 01/13/2017 | RECEIPT | AOCC | 2017071 | 8508390 | $7.78 | C001 | 000 | | N | | | EDH |
| 03/14/2017 | CREDIT | CONV | 2017113 | 8638750 | $1.05 | C001 | 000 | | N | | | PAS |
| 03/14/2017 | RECEIPT | AOCC | 2017113 | 8638740 | $7.92 | C001 | 000 | | N | | | PAS |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 12/8/2016 | 2:33 PM | ECOMP | COMPLAINT E-FILED. | GUI023 |
| 12/8/2016 | 2:34 PM | FILE | FILED THIS DATE: 12/08/2016    (AV01) | AJA |
| 12/8/2016 | 2:34 PM | EORD | E-ORDER FLAG SET TO "Y"    (AV01) | AJA |
| 12/8/2016 | 2:34 PM | ASSJ | ASSIGNED TO JUDGE: HELEN SHORES LEE    (AV01) | AJA |
| 12/8/2016 | 2:34 PM | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | AJA |
| 12/8/2016 | 2:34 PM | TDMJ | JURY TRIAL REQUESTED    (AV01) | AJA |
| 12/8/2016 | 2:34 PM | ORIG | ORIGIN: INITIAL FILING    (AV01) | AJA |
| 12/8/2016 | 2:34 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | AJA |
| 12/8/2016 | 2:34 PM | C001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 12/8/2016 | 2:34 PM | C001 | C001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 12/8/2016 | 2:34 PM | C001 | C001 PARTY ADDED: BAILEY ROBERT    (AV02) | AJA |
| 12/8/2016 | 2:34 PM | C001 | LISTED AS ATTORNEY FOR C001: CAMPBELL ANDREW PHIL | AJA |
| 12/8/2016 | 2:34 PM | C001 | LISTED AS ATTORNEY FOR C001: GUIN JOHN CALDWELL | AJA |
| 12/8/2016 | 2:34 PM | D001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 12/8/2016 | 2:34 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | AJA |
| 12/8/2016 | 2:34 PM | D001 | D001 PARTY ADDED: VOYA FINANCIAL INC.    (AV02) | AJA |
| 12/8/2016 | 2:34 PM | D001 | CERTIFIED MAI ISSUED: 12/08/2016 TO D001    (AV02) | AJA |
| 12/8/2016 | 2:34 PM | D001 | D001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |

| | | | | |
|---|---|---|---|---|
| 12/15/2016 | 12:33 PM | ESCAN | SCAN - FILED 12/15/2016 - NOTICE | JOB |
| 12/22/2016 | 11:34 AM | EDISC | NOTICE OF DISCOVERY E-FILED. | GUI023 |
| 1/12/2017 | 10:29 AM | D001 | RETURN OF UNDELIVERABLE ON 01/05/2017 FOR D001 | LOH |
| 1/12/2017 | 10:29 AM | ESERC | SERVICE RETURN | LOH |
| 1/13/2017 | 11:09 AM | EALIA | ALIAS SUMMONS E-FILED | GUI023 |
| 1/13/2017 | 11:10 AM | D001 | D001 ADDR2 CHANGED FROM: 1 SOUTH RODNEY DRIVE | AJA |
| 1/13/2017 | 11:10 AM | D001 | REISSUE OF CERTIFIED MA ON 01/13/2017 FOR D001 | AJA |
| 1/13/2017 | 11:11 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 1/17/2017 | 9:45 AM | D001 | REISSUE OF CERTIFIED MA ON 01/17/2017 FOR D001 | ZEC |
| 1/17/2017 | 10:19 AM | ESCAN | SCAN - FILED 1/17/2017 - ALIAS SUMMONS | ZEC |
| 1/30/2017 | 9:49 AM | D001 | SERVICE OF CERTIFIED MAI ON 01/23/2017 FOR D001 | LOH |
| 1/30/2017 | 9:49 AM | ESERC | SERVICE RETURN | LOH |
| 1/30/2017 | 2:35 PM | D001 | SERVICE DATE AND TYPE DELETED          (AV02) | LOH |
| 1/30/2017 | 2:38 PM | D001 | RETURN OF OTHER ON 01/26/2017 FOR D001      (AV02) | LOH |
| 1/30/2017 | 2:38 PM | ESERC | SERVICE RETURN | LOH |
| 1/30/2017 | 2:40 PM | TEXT | CONT...LETTER FROM RL& F SERVICE CORP ATTACHED | LOH |
| 3/9/2017 | 7:36 PM | NSRV | NO SERVICE NOTICE ISSUED TO C001          (V801) | LOH |
| 3/13/2017 | 9:41 AM | EALIA | ALIAS SUMMONS E-FILED | GUI023 |
| 3/13/2017 | 9:41 AM | D001 | D001 ADDR1 CHANGED FROM: RL&F SERVICE CORP. (AV02) | AJA |
| 3/13/2017 | 9:41 AM | D001 | D001 ADDR2 CHANGED FROM: 920 N. KING ST., FLOOR 2 | AJA |
| 3/13/2017 | 9:41 AM | D001 | REISSUE OF CERTIFIED MA ON 03/13/2017 FOR D001 | AJA |
| 3/13/2017 | 9:41 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 3/14/2017 | 3:52 PM | D001 | REISSUE OF CERTIFIED MA ON 03/14/2017 FOR D001 | ZEC |
| 3/14/2017 | 3:53 PM | ESCAN | SCAN - FILED 3/14/2017 - ALIAS SUMMONS | ZEC |
| 3/31/2017 | 2:30 PM | ESERC | SERVICE RETURN | LOH |
| 3/31/2017 | 2:30 PM | D001 | SERVICE OF CERTIFIED MAI ON 03/21/2017 FOR D001 | LOH |

 **END OF THE REPORT**

ELECTRONICALLY FILED
12/8/2016 2:33 PM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

Case 2:17-cv-00641-RDP   Document 1-1   Filed 04/20/17   Page 6 of 92

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>01<br>Date of Filing:<br>12/08/2016 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ROBERT BAILEY v. VOYA FINANCIAL INC.

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other
**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** GUI023    12/8/2016 2:33:56 PM    /s/ JOHN CALDWELL GUIN
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

ELECTRONICALLY FILED
01/28/2016 2:33 PM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| **ROBERT BAILEY,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | _____ |
| **v.** | ) | |
| | ) | |
| **VOYA FINANCIAL INC. and** | ) | |
| **FICTITIOUS DEFENDANTS A–Z,** | ) | |
| **being those persons or entities** | ) | |
| **currently unknown to Plaintiff who** | ) | |
| **are responsible for the wrongful** | ) | |
| **conduct that forms the basis of this** | ) | |
| **Complaint,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

COMES NOW Plaintiff Robert Bailey ("Mr. Bailey" or "Plaintiff") and brings the following Complaint against Defendants VOYA Financial Inc. ("VOYA") and Fictitious Defendants A–Z. In support of this Complaint, Plaintiff states as follows:

## THE PARTIES

1.      Plaintiff Mr. Bailey is an adult individual and Alabama citizen. He is currently employed by Morgan Stanley, and works at its Birmingham office in Jefferson County, Alabama. At all times relevant to this Complaint, Mr. Bailey worked at offices located within Jefferson County, Alabama.

2.      Upon information and belief, Defendant VOYA is an insurance company that is incorporated in Delaware, has its principal place of business in New York, and does business by

1

agent in Jefferson County, Alabama. VOYA is the successor company to ING U.S., Inc. ("ING"), with the change occurring around April 7, 2014.[1]

3.      Fictitious Defendants A–Z are those persons or entities currently unknown to Plaintiff who are responsible for the wrongful conduct that forms the basis of this Complaint.

## JURISDICTION AND VENUE

4.      The amount in controversy exceeds $10,000, giving this Court jurisdiction over this matter.

5.      Venue is proper in this Court under Ala. Code § 6-3-7(a)(1) because a substantial part of the events or omissions giving rise to the claims alleged herein occurred in Jefferson County, Alabama. For example, VOYA made the promises that form the basis of the Commission Contract in Jefferson County. *See infra* ¶¶ 9–11. Further, Mr. Bailey performed his duties under the Commission Contract in Jefferson County. *See infra* ¶¶ 12–13. In the alternative, venue is appropriate under Ala. Code § 6-3-7(a)(4) because VOYA does business by agent in Jefferson County.

## FACTUAL ALLEGATIONS

6.      Mr. Bailey is a licensed insurance broker, meaning, among other things, he can market and sell insurance products provided by a number of different insurance companies.

7.      Accordingly, insurance companies market their products to Mr. Bailey so that he can, in turn, market and sell those products to consumers.

8.      Mr. Bailey has worked for a variety of insurance brokerages located within Jefferson County, Alabama.

---

[1] During most of the times relevant to the Complaint, Mr. Bailey was dealing with ING. Thus, for the sake of simplicity, all references herein to VOYA also include a reference to ING where the context so requires.

9.      Around September of 2002, Mr. Bailey began employment at Legg Mason's office in downtown Birmingham, Alabama.

10.     Years later, around 2004, a representative of VOYA visited Mr. Bailey at Legg Mason's Jefferson County office to market VOYA annuity products.

11.     During this meeting, the representative promised, on behalf of VOYA, that if Mr. Bailey sold VOYA annuities, he would receive a 0.25% trail commission for the first seven years after the start of the annuity, and 1% thereafter (this agreement is hereinafter referred to as the "Commission Contract"). Mr. Bailey would receive these trail commissions until the earlier of the surrender of the annuity or death of the annuitant.

12.     Subsequently, Mr. Bailey sold at least 22 VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

13.     Mr. Bailey sold all of the aforementioned annuity products either through telephone calls he made from his office in Jefferson County or through in-person meetings that occurred at his office in Jefferson County.

14.     Although Mr. Bailey performed his duties under the Commission Contract, VOYA has not paid Mr. Bailey the full portion of his promised trail commissions. More specifically, Mr. Bailey has not received any trail commissions on some policies, while on others he has received less than the promised amount.

15.     In early 2009—then employed at Morgan Stanley's Birmingham office—Mr. Bailey met with a VOYA representative to discuss client benefits. During this meeting, the

representative also assured Mr. Bailey that he would be paid the trail commissions promised earlier; that is, 0.25% for the first seven years after the start of the annuity, and 1% thereafter.

16.     Despite the representative's admission, however, VOYA refuses to pay Mr. Bailey his promised trail commissions.

## CAUSES OF ACTION

### COUNT ONE: BREACH OF CONTRACT
### (Against VOYA)

17.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

18.     Mr. Bailey and VOYA entered into a contract whereby, if Mr. Bailey sold certain annuity products, VOYA would pay Mr. Bailey a 0.25% trail commission for the first seven years after the start of the annuity, and 1% thereafter (the "Commission Contract").

19.     Mr. Bailey performed his duties under the Commission Contract by, among other things, selling at least 22 VOYA annuities.

20.     Consequently, VOYA became contractually obligated to pay to Mr. Bailey a trail commission of 0.25% trail commission for the first seven years after the start of each of the 22 aforementioned annuities, and 1% thereafter.

21.     VOYA breached the Commission Contract by refusing to pay Mr. Bailey the full portion of these trail commissions.

22.     Mr. Bailey has been damaged as a direct and foreseeable result of this breach in an amount to be determined at trial.

## COUNT TWO: QUANTUM MERUIT
### (Against VOYA)

23.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

24.     This is an action for quantum meruit to recover the reasonable value of the services in connection with Mr. Bailey's services as a broker who sold VOYA annuity products. Mr. Bailey vigorously maintains an enforceable contract exists between him and VOYA. However, this cause of action is alleged in the alternative, assuming *arguendo* no enforceable contract exists between Mr. Bailey and VOYA.

25.     At the times relevant to this Complaint, Mr. Bailey performed valuable services for VOYA, including, but not limited to, the following: (1) marketing VOYA annuity products to various clients; and (2) actually selling VOYA annuity products to at least 19 clients.

26.     These services provided a benefit knowingly accepted by VOYA.

27.     VOYA has refused to pay reasonable value for the benefits it received from Mr. Bailey's services, thus damaging Mr. Bailey in an amount to be determined at trial.

## COUNT THREE: DECLARATORY JUDGMENT
### (Against VOYA)

28.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

29.     Where a justiciable controversy exists, Ala. Code § 6-6-222 grants courts the "power to declare rights, status, and other legal relations whether or not further relief is or could be claimed."

30.     A justiciable controversy exists between Plaintiff and VOYA as to, among other things, whether VOYA is obligated to pay Mr. Bailey trail commissions on each of the 22 annuities described *supra* ¶ 12 until the earlier of the surrender of the annuity or death of the annuitant.

**WHEREFORE**, Plaintiff hereby demands judgment against Defendant, as follows:

(a) with respect to the First Count for Breach of Contract, awarding Plaintiff damages in an amount to be determined at trial, plus interest, costs, and any other amounts to which Plaintiff is legally entitled;

(b) with respect to the Second Count for Quantum Meruit, awarding Plaintiff damages in an amount to be determined at trial, plus interest, costs, and any other amounts to which Plaintiff is legally entitled;

(c) with respect to the Third Count for Declaratory Judgment,  declaring that an enforceable contract exists between Mr. Bailey and VOYA obligating VOYA to pay Mr. Bailey trail commissions on each of the 19 annuities described *supra* ¶ 12 until the earlier of the surrender of the annuity or death of the annuitant; and

(d) granting Plaintiff such other, further, and different relief as the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully Submitted,


/s/ *John C. Guin*
Attorney for Plaintiff

Andrew P. Campbell
John C. Guin
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
andrew.campbell@campbellguin.com
john.guin@campbellguin.com

6

**PLEASE SERVE THE FOLLOWING DEFENDANT(S) BY CERTIFIED MAIL:**

**VOYA Financial Inc.**
c/o RL&F Service Corp.
1 South Rodney Drive
Wilmington, DE 19809



AlaFile E-Notice

01-CV-2016-904565.00

To:   JOHN CALDWELL GUIN
        john.guin@campbellguin.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following complaint was FILED on 12/8/2016 2:34:17 PM

Notice Date:      12/8/2016 2:34:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

To:  VOYA FINANCIAL INC.
RL&F SERVICE CORP.
1 SOUTH RODNEY DRIVE
WILMINGTON, DE, 19809

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following complaint was FILED on 12/8/2016 2:34:17 PM

Notice Date:      12/8/2016 2:34:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-904565.00 |
| --- | --- | --- |

IN THE CIRCUIT COURT OF JEFFERSON COUNTY

ROBERT BAILEY V. VOYA FINANCIAL INC.

VOYA FINANCIAL INC., RL&F SERVICE CORP. 1 SOUTH RODNEY DRIVE, WILMINGTON, DE 19809

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN CALDWELL GUIN

WHOSE ADDRESS IS 505 20th St., N, 16th Floor, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of ROBERT BAILEY

pursuant to the Alabama Rules of the Civil Procedure

Date   12/8/2016 2:34:17 PM      /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested      /s/ JOHN CALDWELL GUIN

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____      _____      _____
Date                                Server's Signature                  Address of Server

_____      _____      _____
Type of Server                      Server's Printed Name

_____
Phone Number of Server



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ROBERT BAILEY V. VOYA FINANCIAL INC.

01-CV-2016-904565.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $6.89

Parties to be served by Certified Mail - Return Receipt Requested

VOYA FINANCIAL INC.                                    Postage: $6.89

RL&F SERVICE CORP.
1 SOUTH RODNEY DRIVE
WILMINGTON, DE 19809

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)      $ _____
- [ ] Return Receipt (electronic)    $ _____
- [ ] Certified Mail Restricted Delivery  $ _____
- [ ] Adult Signature Required       $ _____
- [ ] Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$   CV2016  904565  s/c

Total Postage and Fees
$

Sent To   Voya Financial Inc.

Street and Apt No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7016 1970 0000 4353 4040

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br>VOYA FINANCIAL INC.<br>RL&F SERVICE CORP.<br>1 SOUTH RODNEY DRIVE<br>WILMINGTON. DE 19809<br><br>CV2016  904565  s/c | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2408 6249 0921 27 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ ...ail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (*Transfer from service label*)<br>7016 1970 0000 4353 4040 | |
| PS Form **3811**, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

ELECTRONICALLY FILED
12/22/2016 11:34 AM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **ROBERT BAILEY,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | **01-CV-2016-904565.00** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VOYA FINANCIAL INC. and** | ) | |
| **FICTITIOUS DEFENDANTS A–Z,** | ) | |
| **being those persons or entities** | ) | |
| **currently unknown to Plaintiff who** | ) | |
| **are responsible for the wrongful** | ) | |
| **conduct that forms the basis of this** | ) | |
| **Complaint,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY

TO:    CIRCUIT CLERK

Please take notice that the following discovery documents were served on behalf of

Plaintiff on December 22, 2016:

(X)    Plaintiff's First Requests for Admission, Interrogatories and Requests for Production

Respectfully Submitted,

/s/ *John C. Guin*
Attorney for Plaintiffs

**OF COUNSEL:**

Andrew P. Campbell
John C. Guin
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
andy.campbell@campbellguin.com
john.guin@campbellguin.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of December, 2016, I have served a copy of the foregoing via Certified U.S. Mail postage prepaid and properly addressed to the following:

VOYA Financial Inc.
c/o RL&F Service Corp.
1 South Rodney Drive
Wilmington, DE 19809


<u>/s/ <i>John C. Guin</i></u>



AlaFile E-Notice

01-CV-2016-904565.00

To:  JOHN CALDWELL GUIN
      john.guin@campbellguin.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following discovery was FILED on 12/22/2016 11:34:42 AM

Notice Date:     12/22/2016 11:34:42 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

To:   VOYA FINANCIAL INC. (PRO SE)
      RL&F SERVICE CORP.
      1 SOUTH RODNEY DRIVE
      WILMINGTON, DE, 19809-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following discovery was FILED on 12/22/2016 11:34:42 AM

Notice Date:     12/22/2016 11:34:42 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

To:   CAMPBELL ANDREW PHILLIP
      andy.campbell@campbellguin.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following discovery was FILED on 12/22/2016 11:34:42 AM

Notice Date:      12/22/2016 11:34:42 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VOYA FINANCIAL INC.
RL&F SERVICE CORP.
1 SOUTH RODNEY DRIVE
WILMINGTON, DE 19809

9590 9402 2408 6249 0921 27

2. Article Number (Transfer from service label)

7016 1970 0000 4353 4040

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**ANNE-MARIE ADAMS, CLERK**
CIRCUIT COURT OF JEFFERSON COUNTY
CIVIL DIVISION - ROOM 400
716 RICHARD ARRINGTON JR. BLVD NORTH
BIRMINGHAM, ALABAMA 35203

**FILED IN OFFICE**
CIRCUIT CIVIL DIVISION

JAN 05 2017

ANNE-MARIE ADAMS
CLERK

To: VOYA FINANCIAL INC.
RL&F SERVICE CORP.
1 SOUTH RODNEY DRIVE
WILMINGTON, DE, 19809

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 1370 0000 4353 4040

NIXIE       175  FE 1        0001/01/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 35203010100        *2419-01182-24-13

SC: 35203010100



**AlaFile E-Notice**

01-CV-2016-904565.00

Judge: HELEN SHORES LEE

To:  GUIN JOHN CALDWELL
     john.guin@campbellguin.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was not served on 1/5/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

UNDELIVERABLE

AS ADDRESSED - S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

Judge: HELEN SHORES LEE

To:  CAMPBELL ANDREW PHILLIP
     andy.campbell@campbellguin.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was not served on 1/5/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

UNDELIVERABLE

AS ADDRESSED - S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



ELECTRONICALLY FILED
3/13/2017 11:09 AM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK



AlaFile E-Notice

01-CV-2016-904565.00

To:   JOHN CALDWELL GUIN
      john.guin@campbellguin.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following complaint was FILED on 12/8/2016 2:34:17 PM

Notice Date:     12/8/2016 2:34:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
12/8/2016 2:33 PM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case<br>01<br><br>Date of Filing:<br>12/08/2016 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ROBERT BAILEY v. VOYA FINANCIAL INC.

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other   **First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| GUI023 | 12/8/2016 2:33:56 PM | /s/ JOHN CALDWELL GUIN |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**   ☐ YES ☐ NO ☑ UNDECIDED



ELECTRONICALLY FILED
12/8/2016 2:33 PM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **ROBERT BAILEY,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | _____ |
| **v.** | ) | |
| | ) | |
| **VOYA FINANCIAL INC. and** | ) | |
| **FICTITIOUS DEFENDANTS A–Z,** | ) | |
| **being those persons or entities** | ) | |
| **currently unknown to Plaintiff who** | ) | |
| **are responsible for the wrongful** | ) | |
| **conduct that forms the basis of this** | ) | |
| **Complaint,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

COMES NOW Plaintiff Robert Bailey ("Mr. Bailey" or "Plaintiff") and brings the following Complaint against Defendants VOYA Financial Inc. ("VOYA") and Fictitious Defendants A–Z. In support of this Complaint, Plaintiff states as follows:

## THE PARTIES

1.      Plaintiff Mr. Bailey is an adult individual and Alabama citizen. He is currently employed by Morgan Stanley, and works at its Birmingham office in Jefferson County, Alabama. At all times relevant to this Complaint, Mr. Bailey worked at offices located within Jefferson County, Alabama.

2.      Upon information and belief, Defendant VOYA is an insurance company that is incorporated in Delaware, has its principal place of business in New York, and does business by

agent in Jefferson County, Alabama. VOYA is the successor company to ING U.S., Inc. ("ING"), with the change occurring around April 7, 2014.[1]

3.      Fictitious Defendants A–Z are those persons or entities currently unknown to Plaintiff who are responsible for the wrongful conduct that forms the basis of this Complaint.

## JURISDICTION AND VENUE

4.      The amount in controversy exceeds $10,000, giving this Court jurisdiction over this matter.

5.      Venue is proper in this Court under Ala. Code § 6-3-7(a)(1) because a substantial part of the events or omissions giving rise to the claims alleged herein occurred in Jefferson County, Alabama. For example, VOYA made the promises that form the basis of the Commission Contract in Jefferson County. *See infra* ¶¶ 9–11. Further, Mr. Bailey performed his duties under the Commission Contract in Jefferson County. *See infra* ¶¶ 12–13. In the alternative, venue is appropriate under Ala. Code § 6-3-7(a)(4) because VOYA does business by agent in Jefferson County.

## FACTUAL ALLEGATIONS

6.      Mr. Bailey is a licensed insurance broker, meaning, among other things, he can market and sell insurance products provided by a number of different insurance companies.

7.      Accordingly, insurance companies market their products to Mr. Bailey so that he can, in turn, market and sell those products to consumers.

8.      Mr. Bailey has worked for a variety of insurance brokerages located within Jefferson County, Alabama.

---

[1] During most of the times relevant to the Complaint, Mr. Bailey was dealing with ING. Thus, for the sake of simplicity, all references herein to VOYA also include a reference to ING where the context so requires.

2

9.      Around September of 2002, Mr. Bailey began employment at Legg Mason's office in downtown Birmingham, Alabama.

10.     Years later, around 2004, a representative of VOYA visited Mr. Bailey at Legg Mason's Jefferson County office to market VOYA annuity products.

11.     During this meeting, the representative promised, on behalf of VOYA, that if Mr. Bailey sold VOYA annuities, he would receive a 0.25% trail commission for the first seven years after the start of the annuity, and 1% thereafter (this agreement is hereinafter referred to as the "Commission Contract"). Mr. Bailey would receive these trail commissions until the earlier of the surrender of the annuity or death of the annuitant.

12.     Subsequently, Mr. Bailey sold at least 22 VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

13.     Mr. Bailey sold all of the aforementioned annuity products either through telephone calls he made from his office in Jefferson County or through in-person meetings that occurred at his office in Jefferson County.

14.     Although Mr. Bailey performed his duties under the Commission Contract, VOYA has not paid Mr. Bailey the full portion of his promised trail commissions. More specifically, Mr. Bailey has not received any trail commissions on some policies, while on others he has received less than the promised amount.

15.     In early 2009—then employed at Morgan Stanley's Birmingham office—Mr. Bailey met with a VOYA representative to discuss client benefits. During this meeting, the

3

representative also assured Mr. Bailey that he would be paid the trail commissions promised earlier; that is, 0.25% for the first seven years after the start of the annuity, and 1% thereafter.

16.     Despite the representative's admission, however, VOYA refuses to pay Mr. Bailey his promised trail commissions.

## CAUSES OF ACTION

### COUNT ONE: BREACH OF CONTRACT
### (Against VOYA)

17.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

18.     Mr. Bailey and VOYA entered into a contract whereby, if Mr. Bailey sold certain annuity products, VOYA would pay Mr. Bailey a 0.25% trail commission for the first seven years after the start of the annuity, and 1% thereafter (the "Commission Contract").

19.     Mr. Bailey performed his duties under the Commission Contract by, among other things, selling at least 22 VOYA annuities.

20.     Consequently, VOYA became contractually obligated to pay to Mr. Bailey a trail commission of 0.25% trail commission for the first seven years after the start of each of the 22 aforementioned annuities, and 1% thereafter.

21.     VOYA breached the Commission Contract by refusing to pay Mr. Bailey the full portion of these trail commissions.

22.     Mr. Bailey has been damaged as a direct and foreseeable result of this breach in an amount to be determined at trial.

## COUNT TWO: QUANTUM MERUIT
### (Against VOYA)

23.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

24.     This is an action for quantum meruit to recover the reasonable value of the services in connection with Mr. Bailey's services as a broker who sold VOYA annuity products. Mr. Bailey vigorously maintains an enforceable contract exists between him and VOYA. However, this cause of action is alleged in the alternative, assuming *arguendo* no enforceable contract exists between Mr. Bailey and VOYA.

25.     At the times relevant to this Complaint, Mr. Bailey performed valuable services for VOYA, including, but not limited to, the following: (1) marketing VOYA annuity products to various clients; and (2) actually selling VOYA annuity products to at least 19 clients.

26.     These services provided a benefit knowingly accepted by VOYA.

27.     VOYA has refused to pay reasonable value for the benefits it received from Mr. Bailey's services, thus damaging Mr. Bailey in an amount to be determined at trial.

## COUNT THREE: DECLARATORY JUDGMENT
### (Against VOYA)

28.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

29.     Where a justiciable controversy exists, Ala. Code § 6-6-222 grants courts the "power to declare rights, status, and other legal relations whether or not further relief is or could be claimed."

30.     A justiciable controversy exists between Plaintiff and VOYA as to, among other things, whether VOYA is obligated to pay Mr. Bailey trail commissions on each of the 22 annuities described *supra* ¶ 12 until the earlier of the surrender of the annuity or death of the annuitant.

**WHEREFORE**, Plaintiff hereby demands judgment against Defendant, as follows:

(a)  with respect to the First Count for Breach of Contract, awarding Plaintiff damages in an amount to be determined at trial, plus interest, costs, and any other amounts to which Plaintiff is legally entitled;

(b)  with respect to the Second Count for Quantum Meruit, awarding Plaintiff damages in an amount to be determined at trial, plus interest, costs, and any other amounts to which Plaintiff is legally entitled;

(c)  with respect to the Third Count for Declaratory Judgment,  declaring that an enforceable contract exists between Mr. Bailey and VOYA obligating VOYA to pay Mr. Bailey trail commissions on each of the 19 annuities described *supra* ¶ 12 until the earlier of the surrender of the annuity or death of the annuitant; and

(d)  granting Plaintiff such other, further, and different relief as the Court deems just and proper.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully Submitted,


/s/ *John C. Guin*
Attorney for Plaintiff

Andrew P. Campbell
John C. Guin
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
andrew.campbell@campbellguin.com
john.guin@campbellguin.com

**PLEASE SERVE THE FOLLOWING DEFENDANT(S) BY CERTIFIED MAIL:**

**VOYA Financial Inc.**
c/o RL&F Service Corp.
1 South Rodney Drive
Wilmington, DE 19809

ELECTRONICALLY FILED
4/13/2017 11:09 AM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **ROBERT BAILEY,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | **01-CV-2016-904565.00** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VOYA FINANCIAL INC. and** | ) | |
| **FICTITIOUS DEFENDANTS A–Z,** | ) | |
| **being those persons or entities** | ) | |
| **currently unknown to Plaintiff who** | ) | |
| **are responsible for the wrongful** | ) | |
| **conduct that forms the basis of this** | ) | |
| **Complaint,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S FIRST REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO VOYA FINANCIAL INC.

Pursuant to Alabama Rules of Civil Procedure 33, 34, and 36, Plaintiff Robert Bailey ("Mr. Bailey") requests that Defendant VOYA Financial Inc. ("VOYA") answer the following Requests for Admission, Interrogatories, and Requests for Production (each a "Request," and collectively the "Requests"), and produce and permit inspection and copying of all the documents described below which are in its possession, custody, or control, including those held by its counsel.

## INSTRUCTIONS

(a)     These Requests are considered to be continuing in character.  Answers should be modified or supplemented as You obtain further or different information prior to the trial of this case.

(b)     Separate answers should be given to all Requests—they should not be joined together and accorded a common answer.

(c)     Each Request should be restated in full prior to providing an answer thereto.

1

(d)     Where exact information cannot be furnished, estimated information is to be supplied.  Where estimated information is used, the discovery response should indicate this fact and an explanation should be given as to the basis of how the estimation was made and the reason exact information was not furnished.

(e)     Where knowledge, information, or Documents are requested of You, such requests include knowledge, information or documents in the possession of Your Affiliates, subsidiaries, agents, representatives, and/or attorneys.

(f)     Unless the context of the Request requires otherwise, references to the single include the plural and references to gender include both masculine and feminine.

(g)     If any Document, Communication, or other requested information of any type whatsoever is withheld on the basis that such information is privileged or confidential, please Identify, with specificity, the Document, Communication or other requested information as well as the basis for asserting said privilege or confidentiality.

(h)     Documents responsive to these Requests shall be produced in the condition and order or arrangement in which they existed when these Requests were served.

(i)     Upon producing the requested Documents, You shall indicate to which Request each Document produced is responsive.

(j)     Unless otherwise specified, the time period applicable to all Requests shall be from January 1, 2004 to the present.

(k)     Please produce all Documents pursuant to the following specifications:

(1)     Please produce all documents in .tif format using optical character recognition ("OCR") with each document constituting a separate .tif file with .DAT load files and electronic Bates labels;

(2)     The .DAT load files are for the loading of metadata and native files, and should include the metadata filed listed in Exhibit A;

(3)    Images should be produced as single-page .tif images in an images directory with the associated Opticon load file;

(4)    Text files produced in a single-page format should also be produced in the images directory. Text files produced as in a multi-page format should be produced in a separate text directory;

(5)    Excel spreadsheet and Power Point slides should be produced in native format with all native files named as the first image of the corresponding image file in a separate Native directory.

## DEFINITIONS

As used herein, the following words are defined as follows:

(l)    "You" or "Your" or "Defendant" or "VOYA" means Defendant VOYA Financial Inc. and/or its agents, subsidiaries, employees, predecessors, successors and assigns, whether acting directly or through any representative and/or agent, including but not limited to attorneys, accountants, or other agents and including any incorporated or unincorporated businesses.

(m)    "Identify" means:

(1)    When used with respect to an individual, to state his full name (as well as any known pseudonyms, aliases, nicknames, and/or prior names), his present or last known addresses (including, without limitation, municipal addresses, post office box addresses, universal resource locators (URLs), instant messaging (IM) accounts, and e-mail addresses), all of his present or last known telephone numbers (including, without limitation, mobile telephone numbers, business telephone numbers, home telephone numbers, facsimile numbers, and pager numbers), his present or last known position and business affiliation, and his position and business affiliation referenced in the Interrogatory or Request;

3

(2)     When used with respect to a corporation, partnership, business trust, limited liability company, or other business entity or commercial enterprise, to state its full name (as well as any trade names, stock symbols, "d/b/a" names, or other names) and its last known principal business address and registered office address (including without limitation, municipal addresses, post office box addresses, universal resource locators (URLs), instant messaging (IM) accounts, and e-mail addresses), and all telephone numbers (including, without limitation, mobile telephone numbers, business telephone numbers, home telephone numbers, facsimile numbers, and pager numbers), and to identify its principal officers and registered agent for service of process;

(3)     When used with respect to a Document, to state the date of the Document's preparation, the author, the specific type of Document (e.g., letter, memorandum, e-mail, telex, diary, tape recording, etc.), and the Document's present or last known location and to identify its last known custodian;

(4)     When used with respect to any type of Communication, to state the dates thereof, to Identify all Persons who participated in such Communications, and the substance of said Communications, and whether the Communications were oral; additionally, to state the place and the approximate time that the Communications took place and to Identify all Persons in whose presence the Communications occurred and all Documents Related To the Communication.

(n)     "Document" shall mean any writing or recording (whether printed, typed, photocopied, handwritten, recorded, stored, or produced or reproduced by any mechanical, physical, electronic or other process) or any other compilation of information that is in the

possession, custody, or control of You and Your affiliates, and includes, without limitation, any and all:

(i)     accounts, accountant's and other worksheets, advertisements, advertising circulars, advisories, affidavits, agendas, agreements, appointment books, articles, bank statements, balance sheets, books, brochures, bulletins, calendars, charts, checks, check ledgers, circulars, communications (intra-office, inter-office, external, and other), computer printouts, contracts, correspondence, data sheets, desk-pads, diaries, drafts, drawings, e-mails, forms, flyers, forecasts, graphs, guidelines, handwritten matter, indexes, instructions, invoices, ledgers, letters, lists, logs, magazine clippings, manuals, materials, memoranda, minutes, newspaper clippings, notebooks, notes, note entries, pamphlets, papers, periodicals, posters, post-it notes, projections, prospectuses, receipts, records, reports, rules, signs, statements, studies, summaries, surveys, telecopies, telegrams, telephone messages, text messages, telexes, transcripts, translations, vouchers, and work papers;

(ii)    graphic, video, or audio records or representations or any kind (including, without limitation, photographs, phono records, audio cassettes, audio tapes, compact discs, charts, drawings, graphs, microfiche, microfilm, videotapes, recordings, films, and motion pictures);

(iii)   computerized, electric, electronic, magnetic, mechanical, and optical records or representations of any kind, including, without limitation, data processing cards, tapes, cassettes, discs, recordings, and computer memories, (including, without limitation, .wav files, .mp3 files, .mid files, and .ram files); and

(iv)    drafts and final versions, and all originals as well as carbons, photographic or other copies, telecopies, reproductions or facsimiles that differ from originals in any respect (including, but without limitation, differences due to handwritten notes, editing, interlineations, blind copies, omissions, time/date stamps or imprints, or any other alterations).

(o)    The unqualified term "Person" is defined as an individual, an individual corporation, limited liability company, partnership, business trust, unincorporated association or business or governmental entity.

(p)    "Affiliate" shall mean with respect to any Person, one who controls, is controlled by, or under the common control of another with, that Person.

(q)    "Communication" and "Correspondence" are defined as any transmission of information by written, oral, pictorial, or otherwise perceptible means, including, but not limited to, correspondence, telegraphs, cables, telephone conversations, personal conversations, e-mails, facsimiles, "instant messages" (IMs), text messages, and the like.

(r)    "Mr. Bailey" shall mean Plaintiff Robert Bailey.

(s)    "Complaint" shall mean that certain Complaint filed by Mr. Bailey in the Circuit Court of Jefferson County, Alabama against VOYA and Fictitious Defendants A–Z on December 8, 2016.

## REQUESTS FOR ADMISSION

1.    Please admit You do business by agent in Jefferson County, Alabama.

2.    Please admit that Mr. Bailey sold the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

6

3.     Please admit that at least one of Your agents, employees, officers, and/or representatives represented to Mr. Bailey that You would pay trail commissions of 0.25% for the first seven years after the start of a sold VOYA annuity, and 1% thereafter.

4.     Please admit You have entered into at least one contract regarding a VOYA annuity whereby You agreed to pay the brokerage firm through which the annuity was sold a trail commission of 0.25% for the first seven years after the start of the annuity, and 1% thereafter.

## INTERROGATORIES

1.     Please Identify (as that term is defined above in ¶(m)) the Person(s) that You consulted with regarding Your answers to Mr. Bailey's discovery requests in this lawsuit.

2.     Please Identify[1] (as that term is defined above in ¶ (m)) the Persons likely to have discoverable information that You may use to support Your claims or defenses in this lawsuit (unless the use would be solely for impeachments). In Your identification, also state whether each Person is, or has been, employed at VOYA, the position(s) each Person has held at VOYA (if any), and include a brief description of the subject matter of the discoverable information each identified Person is likely to have.

3.     Please Identify (as that term is defined above in ¶(m)) each Person whom You expect to testify as an expert witness, whether at trial, in support of or in opposition to any motion, or as part of any other proceeding or matter in this action.  For each Person so identified, please include the following: (1) the opinions the expert will express and the basis for them; (2) the facts and/or data considered by the expert in forming his opinions; (3) a list of exhibits the expert will use to summarize or support his opinions; (4) the expert's qualifications, including a list of all publications the expert has authored in the previous ten years; (5) a list of all other case in which,

---

[1] Unless otherwise noted, all capitalized terms used herein have the definitions ascribed to them in the "Definitions" section of this document. Specific references to definitions, such as this one, are meant only for additional emphasis that You should read the "Definitions" section before answering these Requests.

during the previous four years, the expert testified as an expert at trial or by deposition; and (6) a statement of the compensation to be paid to the expert in this case.

4.      Please Identify (as that term is defined above in ¶ (m)) Your agents, employees, officers, and representatives who visited Legg Mason's Birmingham, AL office at any time between January 1, 2004 and December 31, 2005 to market and/or discuss Your annuity products. In Your identification, also state whether each Person is, or has been, employed at VOYA and the position(s) each Person has held at VOYA (if any).

5.      Please Identify (as that term is defined above in ¶(m)) the Person(s) who served as Your relationship manager with Morgan Stanley at any time between January 1, 2008 and December 31, 2015. In Your identification, also state whether each Person is, or has been, employed at VOYA and the position(s) each Person has held at VOYA (if any).

6.      If you contend that no VOYA agent, employee, officer, or representative ever told Mr. Bailey that You would pay trail commissions of 0.25% for the first seven years after the start of a sold VOYA annuity, and 1% thereafter, please state the principal and/or material facts upon which you base that contention.

7.      Please state the amount of trail commissions You have paid out regarding each of the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X. In Your statement, please include an itemized list of the trail commission payments You have made regarding each of the above-listed policies.

8.      Please explain the process You use in determining the timing and amount of trail commissions to be paid regarding a sold VOYA annuity.

9.     Please state whether You have been properly named in the style of the Complaint and, if not, please state Your proper and legal name.

10.    If you contend a written contract governs Your obligation to pay the trail commissions in dispute, please Identify (as that term is defined above in ¶ (m)) that written contract and provide a description of its material terms (e.g., the percentage of the trail commissions, etc.).

## REQUESTS FOR PRODUCTION

1.     Please produce all Documents (as that term is defined in ¶ (n) above) reflecting any agreement You made relating to the payment of trail commissions for the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

2.     Please produce all Documents (as that term is defined in ¶ (n) above) reflecting the amounts of trail commission You have paid regarding the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

3.     Please produce the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

4.     Please produce all Communications (as that term is defined above in ¶(q)) that mention, pertain, or relate to trail commissions on the following VOYA annuities: Policy #s

C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

    5.    Please produce all Communications (as that term is defined above in ¶(q)) that mention, pertain, or relate to Mr. Bailey.

    6.    Please produce all Documents (as that term is defined in ¶ (n) above) that mention, pertain, or relate to Mr. Bailey.

Respectfully Submitted,


/s/ *John C. Guin*
Attorney for Plaintiffs

**OF COUNSEL:**

Andrew P. Campbell
John C. Guin
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
andy.campbell@campbellguin.com
john.guin@campbellguin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of December, 2016, I have served a copy of the foregoing via Certified U.S. Mail postage prepaid and properly addressed to the following:

VOYA Financial Inc.
c/o RL&F Service Corp.
1 South Rodney Drive
Wilmington, DE 19809

<i>/s/ John C. Guin</i>

ELECTRONICALLY FILED
1/13/2017 11:09 AM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **ROBERT BAILEY,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | **01-CV-2016-904565.00** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VOYA FINANCIAL INC. and** | ) | |
| **FICTITIOUS DEFENDANTS A–Z,** | ) | |
| **being those persons or entities** | ) | |
| **currently unknown to Plaintiff who** | ) | |
| **are responsible for the wrongful** | ) | |
| **conduct that forms the basis of this** | ) | |
| **Complaint,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY

TO:    CIRCUIT CLERK

Please take notice that the following discovery documents were served on behalf of

Plaintiff on December 22, 2016:

(X)    Plaintiff's First Requests for Admission, Interrogatories and Requests for Production

Respectfully Submitted,


/s/ *John C. Guin*
Attorney for Plaintiffs

**OF COUNSEL:**

Andrew P. Campbell
John C. Guin
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
andy.campbell@campbellguin.com
john.guin@campbellguin.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of December, 2016, I have served a copy of the foregoing via Certified U.S. Mail postage prepaid and properly addressed to the following:

VOYA Financial Inc.
c/o RL&F Service Corp.
1 South Rodney Drive
Wilmington, DE 19809

<u>/s/ <i>John C. Guin</i></u>



AlaFile E-Notice

01-CV-2016-904565.00

To:   JOHN CALDWELL GUIN
      john.guin@campbellguin.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following alias summons was FILED on 1/13/2017 11:10:19 AM

Notice Date:      1/13/2017 11:10:19 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

To:  VOYA FINANCIAL INC.
     RL&F SERVICE CORP.
     920 N. KING ST., FLOOR 2
     WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following alias summons was FILED on 1/13/2017 11:10:19 AM

Notice Date:      1/13/2017 11:10:19 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-904565.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY
## ROBERT BAILEY V. VOYA FINANCIAL INC.

VOYA FINANCIAL INC., RL&F SERVICE CORP. 920 N. KING ST., FLOOR 2, WILMINGTON, DE 19801

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN CALDWELL GUIN _____

WHOSE ADDRESS IS 505 20th St., N, 16th Floor, BIRMINGHAM, AL 35203 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   BAILEY ROBERT _____
pursuant to the Alabama Rules of the Civil Procedure

Date   1/13/2017 11:10:19 AM       /s/ ANNE-MARIE ADAMS _____

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested        /s/ JOHN CALDWELL GUIN _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____        _____        _____
Date                                               Server's Signature                              Address of Server

_____        _____        _____
Type of Server                                  Server's Printed Name

_____
Phone Number of Server



JAN 1 7 2017

# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ROBERT BAILEY V. VOYA FINANCIAL INC.

01-CV-2016-904565.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.78

Parties to be served by Certified Mail - Return Receipt Requested

VOYA FINANCIAL INC.                                              Postage: $7.78
RL&F SERVICE CORP.                    ALZAS  Dool
920 N. KING ST., FLOOR 2          7015 0640 0004 4819 5699
WILMINGTON, DE 19801

Parties to be served by Certifie[d]                                          ed

Parties to be served by First Cl[ass]

3053881

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)    C. Date of Delivery |

1. Article Addressed to:

VOYA FINANCIAL INC.

RL&F SERVICE CORP.

920 N. KING ST., FLOOR 2

WILMINGTON, DE 19801

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*ALIAS*

*Doo1*

*CV-2016-904565 A s +c*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9401 0030 5168 5388 15

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7015 0640 0004 4819 5699

PS Form 3811, April 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

# SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VOYA FINANCIAL INC.

RL&F SERVICE CORP.

920 N. KING ST., FLOOR 2

WILMINGTON, DE 19801



9590 9401 0030 5168 5388 15

2. Article Number *(Transfer from service label)*

7015 0640 0004 4819 5699

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X *Sam Neuler*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

*Sam Dressler*

C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

*ALIAS*
*Doo1*

*CV-2016   65 ASTC*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK

JEFFERSON COUNTY CIRCUIT COURT

CIVIL DIVISION - ROOM 400

716 NO. RICHARD ARRINGTON BLVD

BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JAN 27 2017

ANNE-MARIE ADAMS
CLERK

USPS TRACKING #



9590 9401 0030 5168 5388 15



**AlaFile E-Notice**

01-CV-2016-904565.00

Judge: JAVAN J. PATTON

To:  GUIN JOHN CALDWELL
      john.guin@campbellguin.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was served on 1/23/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

CERTIFIED MAIL

ALIAS S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

Judge: JAVAN J. PATTON

To: CAMPBELL ANDREW PHILLIP
andy.campbell@campbellguin.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was served on 1/23/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

CERTIFIED MAIL

ALIAS S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



# RL&F
### Service Corp.

920 North King Street, 2nd Floor
Wilmington, DE 19801
Phone 302-651-7642

Conni Norton
Administrator
norton@rlf.com
302.651.7709

January 23, 2017

```
FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JAN 26 2017

ANNE-MARIE ADAMS
CLERK
```

Anne-Marie Adams, Clerk
Circuit Court of Jefferson County
Civil Division - Room 400
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama 35203

Re:    **Voya Financial Inc.**

**VIA CERTIFIED MAIL - 7013 2630 0002 2550 8529**

Anne Marie Adams, Clerk

I am returning herewith the envelope we received for the above-mentioned entity. Please be advised that RL&F Service Corp. is not the Delaware registered agent for this entity. We can not forward this, as The Corporation Trust Company, who is the registered agent, will not accept this from us. Below is their address:

Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Thank you.

Very truly yours,

Conni Norton
Administrator

/cln
Encl.

RLF1 16712050v.1

3053881

CV 14- 904565

001



ANNE-MARIE ADAMS, CLERK
CIRCUIT COURT OF JEFFERSON COUNTY
CIVIL DIVISION - ROOM 400
716 RICHARD ARRINGTON JR. BLVD NORT
BIRMINGHAM, ALABAMA 35203

7015 0640 0004 4819 5699

To: VOYA FINANCIAL INC.
RL&F SERVICE CORP.
920 N. KING ST., FLOOR 2
WILMINGTON, DE, 19801

RETURN TO SENDER

NO FORWARD

8



**AlaFile E-Notice**

01-CV-2016-904565.00

Judge: JAVAN J. PATTON

To:   GUIN JOHN CALDWELL
      john.guin@campbellguin.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was not served on 1/26/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

OTHER

NO LONGER AT THIS ADDRESS

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2016-904565.00

Judge: JAVAN J. PATTON

To:  CAMPBELL ANDREW PHILLIP
andy.campbell@campbellguin.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was not served on 1/26/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

OTHER

NO LONGER AT THIS ADDRESS

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



ELECTRONICALLY FILED
3/15/2017 9:41 AM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

AlaFile E-Notice

01-CV-2016-904565.00

To:   JOHN CALDWELL GUIN
       john.guin@campbellguin.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following complaint was FILED on 12/8/2016 2:34:17 PM

Notice Date:       12/8/2016 2:34:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
12/8/2016 2:33 PM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>01<br><br>Date of Filing:   Judge Code:<br>12/08/2016 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ROBERT BAILEY v. VOYA FINANCIAL INC.

**First Plaintiff:** ☐ Business  ☑ Individual     **First Defendant:** ☑ Business  ☐ Individual
                    ☐ Government  ☐ Other                              ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ **INITIAL FILING**     **A** ☐ **APPEAL FROM DISTRICT COURT**     **O** ☐ **OTHER**

          **R** ☐ **REMANDED**     **T** ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO     **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**     ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

GUI023                12/8/2016 2:33:56 PM              /s/ JOHN CALDWELL GUIN
_____        _____        _____
                       Date                            Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**     ☐ YES  ☐ NO  ☑ UNDECIDED



ELECTRONICALLY FILED
12/8/2016 2:33 PM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **ROBERT BAILEY,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | _____ |
| **v.** | ) | |
| | ) | |
| **VOYA FINANCIAL INC. and** | ) | |
| **FICTITIOUS DEFENDANTS A–Z,** | ) | |
| **being those persons or entities** | ) | |
| **currently unknown to Plaintiff who** | ) | |
| **are responsible for the wrongful** | ) | |
| **conduct that forms the basis of this** | ) | |
| **Complaint,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

COMES NOW Plaintiff Robert Bailey ("Mr. Bailey" or "Plaintiff") and brings the following Complaint against Defendants VOYA Financial Inc. ("VOYA") and Fictitious Defendants A–Z. In support of this Complaint, Plaintiff states as follows:

## THE PARTIES

1.      Plaintiff Mr. Bailey is an adult individual and Alabama citizen. He is currently employed by Morgan Stanley, and works at its Birmingham office in Jefferson County, Alabama. At all times relevant to this Complaint, Mr. Bailey worked at offices located within Jefferson County, Alabama.

2.      Upon information and belief, Defendant VOYA is an insurance company that is incorporated in Delaware, has its principal place of business in New York, and does business by

1

agent in Jefferson County, Alabama. VOYA is the successor company to ING U.S., Inc. ("ING"),

with the change occurring around April 7, 2014.[1]

3.      Fictitious Defendants A–Z are those persons or entities currently unknown to

Plaintiff who are responsible for the wrongful conduct that forms the basis of this Complaint.

## JURISDICTION AND VENUE

4.      The amount in controversy exceeds $10,000, giving this Court jurisdiction over this

matter.

5.      Venue is proper in this Court under Ala. Code § 6-3-7(a)(1) because a substantial

part of the events or omissions giving rise to the claims alleged herein occurred in Jefferson

County, Alabama. For example, VOYA made the promises that form the basis of the Commission

Contract in Jefferson County. *See infra* ¶¶ 9–11. Further, Mr. Bailey performed his duties under

the Commission Contract in Jefferson County. *See infra* ¶¶ 12–13. In the alternative, venue is

appropriate under Ala. Code § 6-3-7(a)(4) because VOYA does business by agent in Jefferson

County.

## FACTUAL ALLEGATIONS

6.      Mr. Bailey is a licensed insurance broker, meaning, among other things, he can

market and sell insurance products provided by a number of different insurance companies.

7.      Accordingly, insurance companies market their products to Mr. Bailey so that he

can, in turn, market and sell those products to consumers.

8.      Mr. Bailey has worked for a variety of insurance brokerages located within

Jefferson County, Alabama.

---

[1] During most of the times relevant to the Complaint, Mr. Bailey was dealing with ING. Thus, for
the sake of simplicity, all references herein to VOYA also include a reference to ING where the
context so requires.

9.      Around September of 2002, Mr. Bailey began employment at Legg Mason's office in downtown Birmingham, Alabama.

10.     Years later, around 2004, a representative of VOYA visited Mr. Bailey at Legg Mason's Jefferson County office to market VOYA annuity products.

11.     During this meeting, the representative promised, on behalf of VOYA, that if Mr. Bailey sold VOYA annuities, he would receive a 0.25% trail commission for the first seven years after the start of the annuity, and 1% thereafter (this agreement is hereinafter referred to as the "Commission Contract"). Mr. Bailey would receive these trail commissions until the earlier of the surrender of the annuity or death of the annuitant.

12.     Subsequently, Mr. Bailey sold at least 22 VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

13.     Mr. Bailey sold all of the aforementioned annuity products either through telephone calls he made from his office in Jefferson County or through in-person meetings that occurred at his office in Jefferson County.

14.     Although Mr. Bailey performed his duties under the Commission Contract, VOYA has not paid Mr. Bailey the full portion of his promised trail commissions. More specifically, Mr. Bailey has not received any trail commissions on some policies, while on others he has received less than the promised amount.

15.     In early 2009—then employed at Morgan Stanley's Birmingham office—Mr. Bailey met with a VOYA representative to discuss client benefits. During this meeting, the

3

representative also assured Mr. Bailey that he would be paid the trail commissions promised earlier; that is, 0.25% for the first seven years after the start of the annuity, and 1% thereafter.

16.     Despite the representative's admission, however, VOYA refuses to pay Mr. Bailey his promised trail commissions.

## CAUSES OF ACTION

## COUNT ONE: BREACH OF CONTRACT
### (Against VOYA)

17.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

18.     Mr. Bailey and VOYA entered into a contract whereby, if Mr. Bailey sold certain annuity products, VOYA would pay Mr. Bailey a 0.25% trail commission for the first seven years after the start of the annuity, and 1% thereafter (the "Commission Contract").

19.     Mr. Bailey performed his duties under the Commission Contract by, among other things, selling at least 22 VOYA annuities.

20.     Consequently, VOYA became contractually obligated to pay to Mr. Bailey a trail commission of 0.25% trail commission for the first seven years after the start of each of the 22 aforementioned annuities, and 1% thereafter.

21.     VOYA breached the Commission Contract by refusing to pay Mr. Bailey the full portion of these trail commissions.

22.     Mr. Bailey has been damaged as a direct and foreseeable result of this breach in an amount to be determined at trial.

## COUNT TWO: QUANTUM MERUIT
### (Against VOYA)

23.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

24.     This is an action for quantum meruit to recover the reasonable value of the services in connection with Mr. Bailey's services as a broker who sold VOYA annuity products. Mr. Bailey vigorously maintains an enforceable contract exists between him and VOYA. However, this cause of action is alleged in the alternative, assuming *arguendo* no enforceable contract exists between Mr. Bailey and VOYA.

25.     At the times relevant to this Complaint, Mr. Bailey performed valuable services for VOYA, including, but not limited to, the following: (1) marketing VOYA annuity products to various clients; and (2) actually selling VOYA annuity products to at least 19 clients.

26.     These services provided a benefit knowingly accepted by VOYA.

27.     VOYA has refused to pay reasonable value for the benefits it received from Mr. Bailey's services, thus damaging Mr. Bailey in an amount to be determined at trial.

## COUNT THREE: DECLARATORY JUDGMENT
### (Against VOYA)

28.     Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs of this Complaint as if fully set out herein.

29.     Where a justiciable controversy exists, Ala. Code § 6-6-222 grants courts the "power to declare rights, status, and other legal relations whether or not further relief is or could be claimed."

30.     A justiciable controversy exists between Plaintiff and VOYA as to, among other things, whether VOYA is obligated to pay Mr. Bailey trail commissions on each of the 22 annuities described *supra* ¶ 12 until the earlier of the surrender of the annuity or death of the annuitant.

**WHEREFORE**, Plaintiff hereby demands judgment against Defendant, as follows:

(a) with respect to the First Count for Breach of Contract, awarding Plaintiff damages in an amount to be determined at trial, plus interest, costs, and any other amounts to which Plaintiff is legally entitled;

(b) with respect to the Second Count for Quantum Meruit, awarding Plaintiff damages in an amount to be determined at trial, plus interest, costs, and any other amounts to which Plaintiff is legally entitled;

(c) with respect to the Third Count for Declaratory Judgment,  declaring that an enforceable contract exists between Mr. Bailey and VOYA obligating VOYA to pay Mr. Bailey trail commissions on each of the 19 annuities described *supra* ¶ 12 until the earlier of the surrender of the annuity or death of the annuitant; and

(d) granting Plaintiff such other, further, and different relief as the Court deems just and proper.

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully Submitted,


<u>/s/ *John C. Guin*</u>
Attorney for Plaintiff

Andrew P. Campbell
John C. Guin
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
andrew.campbell@campbellguin.com
john.guin@campbellguin.com

6

**PLEASE SERVE THE FOLLOWING DEFENDANT(S) BY CERTIFIED MAIL:**

**VOYA Financial Inc.**
c/o RL&F Service Corp.
1 South Rodney Drive
Wilmington, DE 19809

ELECTRONICALLY FILED
3/13/2017 9:41 AM
01-CV-2016-904565.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **ROBERT BAILEY,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | **01-CV-2016-904565.00** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VOYA FINANCIAL INC. and** | ) | |
| **FICTITIOUS DEFENDANTS A–Z,** | ) | |
| **being those persons or entities** | ) | |
| **currently unknown to Plaintiff who** | ) | |
| **are responsible for the wrongful** | ) | |
| **conduct that forms the basis of this** | ) | |
| **Complaint,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S FIRST REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO VOYA FINANCIAL INC.

Pursuant to Alabama Rules of Civil Procedure 33, 34, and 36, Plaintiff Robert Bailey ("Mr. Bailey") requests that Defendant VOYA Financial Inc. ("VOYA") answer the following Requests for Admission, Interrogatories, and Requests for Production (each a "Request," and collectively the "Requests"), and produce and permit inspection and copying of all the documents described below which are in its possession, custody, or control, including those held by its counsel.

## INSTRUCTIONS

(a)     These Requests are considered to be continuing in character.  Answers should be modified or supplemented as You obtain further or different information prior to the trial of this case.

(b)     Separate answers should be given to all Requests—they should not be joined together and accorded a common answer.

(c)     Each Request should be restated in full prior to providing an answer thereto.

1

(d)      Where exact information cannot be furnished, estimated information is to be supplied.  Where estimated information is used, the discovery response should indicate this fact and an explanation should be given as to the basis of how the estimation was made and the reason exact information was not furnished.

(e)      Where knowledge, information, or Documents are requested of You, such requests include knowledge, information or documents in the possession of Your Affiliates, subsidiaries, agents, representatives, and/or attorneys.

(f)      Unless the context of the Request requires otherwise, references to the single include the plural and references to gender include both masculine and feminine.

(g)      If any Document, Communication, or other requested information of any type whatsoever is withheld on the basis that such information is privileged or confidential, please Identify, with specificity, the Document, Communication or other requested information as well as the basis for asserting said privilege or confidentiality.

(h)      Documents responsive to these Requests shall be produced in the condition and order or arrangement in which they existed when these Requests were served.

(i)      Upon producing the requested Documents, You shall indicate to which Request each Document produced is responsive.

(j)      Unless otherwise specified, the time period applicable to all Requests shall be from January 1, 2004 to the present.

(k)      Please produce all Documents pursuant to the following specifications:

(1)      Please produce all documents in .tif format using optical character recognition ("OCR") with each document constituting a separate .tif file with .DAT load files and electronic Bates labels;

(2)      The .DAT load files are for the loading of metadata and native files, and should include the metadata filed listed in Exhibit A;

2

(3)    Images should be produced as single-page .tif images in an images directory with the associated Opticon load file;

(4)    Text files produced in a single-page format should also be produced in the images directory. Text files produced as in a multi-page format should be produced in a separate text directory;

(5)    Excel spreadsheet and Power Point slides should be produced in native format with all native files named as the first image of the corresponding image file in a separate Native directory.

## **DEFINITIONS**

As used herein, the following words are defined as follows:

(l)    "You" or "Your" or "Defendant" or "VOYA" means Defendant VOYA Financial Inc. and/or its agents, subsidiaries, employees, predecessors, successors and assigns, whether acting directly or through any representative and/or agent, including but not limited to attorneys, accountants, or other agents and including any incorporated or unincorporated businesses.

(m)    "Identify" means:

(1)    When used with respect to an individual, to state his full name (as well as any known pseudonyms, aliases, nicknames, and/or prior names), his present or last known addresses (including, without limitation, municipal addresses, post office box addresses, universal resource locators (URLs), instant messaging (IM) accounts, and e-mail addresses), all of his present or last known telephone numbers (including, without limitation, mobile telephone numbers, business telephone numbers, home telephone numbers, facsimile numbers, and pager numbers), his present or last known position and business affiliation, and his position and business affiliation referenced in the Interrogatory or Request;

3

(2)     When used with respect to a corporation, partnership, business trust, limited liability company, or other business entity or commercial enterprise, to state its full name (as well as any trade names, stock symbols, "d/b/a" names, or other names) and its last known principal business address and registered office address (including without limitation, municipal addresses, post office box addresses, universal resource locators (URLs), instant messaging (IM) accounts, and e-mail addresses), and all telephone numbers (including, without limitation, mobile telephone numbers, business telephone numbers, home telephone numbers, facsimile numbers, and pager numbers), and to identify its principal officers and registered agent for service of process;

(3)     When used with respect to a Document, to state the date of the Document's preparation, the author, the specific type of Document (e.g., letter, memorandum, e-mail, telex, diary, tape recording, etc.), and the Document's present or last known location and to identify its last known custodian;

(4)     When used with respect to any type of Communication, to state the dates thereof, to Identify all Persons who participated in such Communications, and the substance of said Communications, and whether the Communications were oral; additionally, to state the place and the approximate time that the Communications took place and to Identify all Persons in whose presence the Communications occurred and all Documents Related To the Communication.

(n)     "Document" shall mean any writing or recording (whether printed, typed, photocopied, handwritten, recorded, stored, or produced or reproduced by any mechanical, physical, electronic or other process) or any other compilation of information that is in the

possession, custody, or control of You and Your affiliates, and includes, without limitation, any and all:

(i)    accounts, accountant's and other worksheets, advertisements, advertising circulars, advisories, affidavits, agendas, agreements, appointment books, articles, bank statements, balance sheets, books, brochures, bulletins, calendars, charts, checks, check ledgers, circulars, communications (intra-office, inter-office, external, and other), computer printouts, contracts, correspondence, data sheets, desk-pads, diaries, drafts, drawings, e-mails, forms, flyers, forecasts, graphs, guidelines, handwritten matter, indexes, instructions, invoices, ledgers, letters, lists, logs, magazine clippings, manuals, materials, memoranda, minutes, newspaper clippings, notebooks, notes, note entries, pamphlets, papers, periodicals, posters, post-it notes, projections, prospectuses, receipts, records, reports, rules, signs, statements, studies, summaries, surveys, telecopies, telegrams, telephone messages, text messages, telexes, transcripts, translations, vouchers, and work papers;

(ii)    graphic, video, or audio records or representations or any kind (including, without limitation, photographs, phono records, audio cassettes, audio tapes, compact discs, charts, drawings, graphs, microfiche, microfilm, videotapes, recordings, films, and motion pictures);

(iii)    computerized, electric, electronic, magnetic, mechanical, and optical records or representations of any kind, including, without limitation, data processing cards, tapes, cassettes, discs, recordings, and computer memories, (including, without limitation, .wav files, .mp3 files, .mid files, and .ram files); and

        (iv)     drafts and final versions, and all originals as well as carbons, photographic or other copies, telecopies, reproductions or facsimiles that differ from originals in any respect (including, but without limitation, differences due to handwritten notes, editing, interlineations, blind copies, omissions, time/date stamps or imprints, or any other alterations).

(o)     The unqualified term "Person" is defined as an individual, an individual corporation, limited liability company, partnership, business trust, unincorporated association or business or governmental entity.

(p)     "Affiliate" shall mean with respect to any Person, one who controls, is controlled by, or under the common control of another with, that Person.

(q)     "Communication" and "Correspondence" are defined as any transmission of information by written, oral, pictorial, or otherwise perceptible means, including, but not limited to, correspondence, telegraphs, cables, telephone conversations, personal conversations, e-mails, facsimiles, "instant messages" (IMs), text messages, and the like.

(r)     "Mr. Bailey" shall mean Plaintiff Robert Bailey.

(s)     "Complaint" shall mean that certain Complaint filed by Mr. Bailey in the Circuit Court of Jefferson County, Alabama against VOYA and Fictitious Defendants A–Z on December 8, 2016.

## REQUESTS FOR ADMISSION

1.     Please admit You do business by agent in Jefferson County, Alabama.

2.     Please admit that Mr. Bailey sold the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

3.      Please admit that at least one of Your agents, employees, officers, and/or representatives represented to Mr. Bailey that You would pay trail commissions of 0.25% for the first seven years after the start of a sold VOYA annuity, and 1% thereafter.

4.      Please admit You have entered into at least one contract regarding a VOYA annuity whereby You agreed to pay the brokerage firm through which the annuity was sold a trail commission of 0.25% for the first seven years after the start of the annuity, and 1% thereafter.

## **INTERROGATORIES**

1.      Please Identify (as that term is defined above in ¶(m)) the Person(s) that You consulted with regarding Your answers to Mr. Bailey's discovery requests in this lawsuit.

2.      Please Identify[1] (as that term is defined above in ¶ (m)) the Persons likely to have discoverable information that You may use to support Your claims or defenses in this lawsuit (unless the use would be solely for impeachments). In Your identification, also state whether each Person is, or has been, employed at VOYA, the position(s) each Person has held at VOYA (if any), and include a brief description of the subject matter of the discoverable information each identified Person is likely to have.

3.      Please Identify (as that term is defined above in ¶(m)) each Person whom You expect to testify as an expert witness, whether at trial, in support of or in opposition to any motion, or as part of any other proceeding or matter in this action.  For each Person so identified, please include the following: (1) the opinions the expert will express and the basis for them; (2) the facts and/or data considered by the expert in forming his opinions; (3) a list of exhibits the expert will use to summarize or support his opinions; (4) the expert's qualifications, including a list of all publications the expert has authored in the previous ten years; (5) a list of all other case in which,

---

[1] Unless otherwise noted, all capitalized terms used herein have the definitions ascribed to them in the "Definitions" section of this document. Specific references to definitions, such as this one, are meant only for additional emphasis that You should read the "Definitions" section before answering these Requests.

during the previous four years, the expert testified as an expert at trial or by deposition; and (6) a statement of the compensation to be paid to the expert in this case.

4.      Please Identify (as that term is defined above in ¶ (m)) Your agents, employees, officers, and representatives who visited Legg Mason's Birmingham, AL office at any time between January 1, 2004 and December 31, 2005 to market and/or discuss Your annuity products. In Your identification, also state whether each Person is, or has been, employed at VOYA and the position(s) each Person has held at VOYA (if any).

5.      Please Identify (as that term is defined above in ¶(m)) the Person(s) who served as Your relationship manager with Morgan Stanley at any time between January 1, 2008 and December 31, 2015. In Your identification, also state whether each Person is, or has been, employed at VOYA and the position(s) each Person has held at VOYA (if any).

6.      If you contend that no VOYA agent, employee, officer, or representative ever told Mr. Bailey that You would pay trail commissions of 0.25% for the first seven years after the start of a sold VOYA annuity, and 1% thereafter, please state the principal and/or material facts upon which you base that contention.

7.      Please state the amount of trail commissions You have paid out regarding each of the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X. In Your statement, please include an itemized list of the trail commission payments You have made regarding each of the above-listed policies.

8.      Please explain the process You use in determining the timing and amount of trail commissions to be paid regarding a sold VOYA annuity.

9.      Please state whether You have been properly named in the style of the Complaint and, if not, please state Your proper and legal name.

10.     If you contend a written contract governs Your obligation to pay the trail commissions in dispute, please Identify (as that term is defined above in ¶ (m)) that written contract and provide a description of its material terms (e.g., the percentage of the trail commissions, etc.).

## REQUESTS FOR PRODUCTION

1.      Please produce all Documents (as that term is defined in ¶ (n) above) reflecting any agreement You made relating to the payment of trail commissions for the following VOYA annuities: Policy #s  C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X,  C067868-0X,  C067852-0X,  C067863-0X,  I167277-0X,  C143129-0X,  C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

2.      Please produce all Documents (as that term is defined in ¶ (n) above) reflecting the amounts of trail commission You have paid regarding the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

3.      Please produce the following VOYA annuities: Policy #s C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

4.      Please produce all Communications (as that term is defined above in ¶(q)) that mention, pertain, or relate to trail commissions on the following VOYA annuities: Policy #s

C091174-0X, C107110-0X, C087541-0X, C088308-0X, I089965-0X, C100703-0X, C099220-0X, C099516-0X, C099219-0X, C099810-0X, C100028-0X, C067856-0X, C067868-0X, C067852-0X, C067863-0X, I167277-0X, C143129-0X, C164992-0X, C170573-0X, C140374-0X, C102518-0X, C102773-0X.

5.      Please produce all Communications (as that term is defined above in ¶(q)) that mention, pertain, or relate to Mr. Bailey.

6.      Please produce all Documents (as that term is defined in ¶ (n) above) that mention, pertain, or relate to Mr. Bailey.

Respectfully Submitted,


/s/ *John C. Guin*
Attorney for Plaintiffs


**OF COUNSEL:**

Andrew P. Campbell
John C. Guin
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
andy.campbell@campbellguin.com
john.guin@campbellguin.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2016, I have served a copy of the foregoing via Certified U.S. Mail postage prepaid and properly addressed to the following:

VOYA Financial Inc.
c/o RL&F Service Corp.
1 South Rodney Drive
Wilmington, DE 19809

*/s/ John C. Guin*



AlaFile E-Notice

01-CV-2016-904565.00

To:   JOHN CALDWELL GUIN
      john.guin@campbellguin.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following alias summons was FILED on 3/13/2017 9:41:20 AM

Notice Date:      3/13/2017 9:41:20 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

To: VOYA FINANCIAL INC.
    THE CORP. TRUST CO.
    1209 ORANGE STREET
    WILMINGTON, DE, 19801

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following alias summons was FILED on 3/13/2017 9:41:20 AM

Notice Date:     3/13/2017 9:41:20 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-904565.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY
## ROBERT BAILEY V. VOYA FINANCIAL INC.

VOYA FINANCIAL INC., THE CORP. TRUST CO. 1209 ORANGE STREET, WILMINGTON, DE 19801

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN CALDWELL GUIN _____

WHOSE ADDRESS IS 505 20th St., N, 16th Floor, BIRMINGHAM, AL 35203 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   BAILEY ROBERT _____

pursuant to the Alabama Rules of the Civil Procedure

Date   3/13/2017 9:41:20 AM     /s/ ANNE-MARIE ADAMS _____

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

---

☑ Certified Mail is hereby requested      /s/ JOHN CALDWELL GUIN _____

Plaintiff's/Attorney's Signature

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                        (Date)

_____          _____          _____
Date                              Server's Signature                 Address of Server

_____          _____          _____
Type of Server                    Server's Printed Name

                                                                     _____
                                                                     Phone Number of Server



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ROBERT BAILEY V. VOYA FINANCIAL INC.

01-CV-2016-904565.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.92

Parties to be served by Certified Mail - Return Receipt Requested

VOYA FINANCIAL INC.                                              Postage: $7.92
THE CORP. TRUST CO.          *ALIAS   DOOl*
1209 ORANGE STREET
WILMINGTON, DE 19801         7015 0640 0004 4819 7181

Parties to be served by Certifie...                                  ...uested

Parties to be served by First C...

3053708

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VOYA FINANCIAL INC.

THE CORP. TRUST CO.

1209 ORANGE STREET

WILMINGTON, DE 19801

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9401 0030 5168 5370 85

2. Article Number (Transfer from service label)

7015 0640 0004 4819 7181

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

ALIAS
DOII

CV-2016-904565 As+C

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
▉ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
▉ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053         Domestic Return Receipt

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VOYA FINANCIAL INC.

THE CORP. TRUST CO.

1209 ORANGE STREET

WILMINGTON, DE 19801



9590 9401 0030 5168 5370 85

2. Article Number *(Transfer from service label)*

7015 0640 0004 4819 7181

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Amy McLaren*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:   ☐ No

RECEIVED MAR 2 1 2017

ALIAS
Doe

CV-2016-904565 As+c

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

28 2017

ANNE-MARIE ADAMS, CLERK
ANNE-MARIE ADAMS
CLERK

JEFFERSON COUNTY CIRCUIT COURT

CIVIL DIVISION - ROOM 400

716 NO. RICHARD ARRINGTON BLVD

BIRMINGHAM, ALABAMA 35203

USPS TRACKING#



9590 9401 0030 5166 5370 85



**AlaFile E-Notice**

01-CV-2016-904565.00

Judge: JAVAN J. PATTON

To:  GUIN JOHN CALDWELL
john.guin@campbellguin.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was served on 3/21/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

CERTIFIED MAIL

ALIAS S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-904565.00

Judge: JAVAN J. PATTON

To:  CAMPBELL ANDREW PHILLIP
     andy.campbell@campbellguin.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT BAILEY V. VOYA FINANCIAL INC.
01-CV-2016-904565.00

The following matter was served on 3/21/2017

**D001 VOYA FINANCIAL INC.**

**Corresponding To**

CERTIFIED MAIL

ALIAS S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov